ACCEPTED
12-15-00158-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/17/2015 8:22:08 AM
Pam Estes
CLERK

## NO. 12-15-00158CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **12th COURT** |
| | § | |
| **STANLEY LIONEL BOLDEN** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/17/2015 8:22:08 AM
PAM ESTES
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Stanley Lionel Bolden, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 349th Judicial District Court of Anderson County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Stanley Lionel Bolden, and numbered 31389.

3. Appellant was convicted of Possession of a Firearm by a Felon.

4. Appellant was assessed a sentence of 9 years TDCJ on June 4, 2015.

5. Notice of appeal was given on June 10, 2015.

6. The clerk's record was filed timely the reporter's record was filed on November 17, 2015.

7.    The appellate brief is presently due on December 17, 2015.

8.    Appellant requests an extension of time of 30 days from the present date, i.e. January 17, 2016.

9.    No extension to file the brief has been received in this cause.

10.   Defendant is currently ncarcerated.

11.   Appellant relies on the following facts as good cause for the requested extension:

Counsel has been hospitalized twice in the last 10 days for kidney stone attack, surgery scheduled this Tuesday.  Such health condition has incapacitated counsel from completing the brief..

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

STEPHEN EVANS
1000 North Church
Palestine, Texas 75801
Tel: (903) 723-3334
Fax: (903) 723-0124

By:_____
Stephen Evans
State Bar No. 06717580
sevanslaw@aol.com

Attorney for Stanley Lionel Bolden

## CERTIFICATE OF SERVICE

This is to certify that on December 17, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, by electronic service through the Electronic Filing Manager.

Stephen Evans

**STATE OF TEXAS**     §
                       §
**COUNTY OF ANDERSON**     §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Stephen Evans, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



_____
Stephen Evans
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _12-17_, 2015, to certify which witness my hand and seal of office.

BARBARA HART
Notary Public
STATE OF TEXAS
My Comm. Exp. 5-10-2018

_____
Notary Public, State of Texas